UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60169-CIV-ALTONAGA/O'Sullivan

**LUIS SIERRA**,

    Plaintiff,
v.

**JMN INVESTMENTS, INC.**, *et al.*,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal With Prejudice [ECF No. 24]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties may re-file their stipulation by **May 22, 2017,** either including with it a copy of their settlement agreement, or removing their request the Court retain jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2017.

                                                         */s/ Cecilia M. Altonaga*
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record