UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60169-CMA

LUIS SIERRA,

    Plaintiff,

vs.

JMN INVESTMENTS, INC. d/b/a LA BRASA
HILLSBORO LYONS, and HILLSBORO
MARKETPLACE INVESTMENTS, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendants, JMN INVESTMENTS, INC. d/b/a LA BRASA HILLSBORO LYONS, and HILLSBORO MARKETPLACE INVESTMENTS, LLC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 16th day of May, 2017.

| | |
|---|---|
| /s/ Jessica L. Kerr_____ | /s/ Evan R. Aronson_____ |
| Jessica L. Kerr, Esquire | Evan R. Aronson, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 98864 |
| **THE ADVOCACY GROUP** | **INVESTMENTS LIMITED, LEGAL DEPARTMENT** |
| 333 Las Olas Way, CU3 Suite 311 | 215 N. Federal Hwy Suite 1 |
| Fort Lauderdale, FL 33301 | Boca Raton, Florida 33432-3928 |
| Telephone: (954) 282-1858 | Telephone: (561) 392-8920 x350 |
| Email: service@advocacypa.com | Email: earonson@investmentslimited.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810